UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PATCH,<br><br>             Plaintiff,<br><br>       v.<br><br>I.C. SYSTEM, INC.,<br><br>             Defendant. | No.  2:12-cv-02258-KJM-DAD<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

DATED:  April 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

1